IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOE LEE THOMPSON,

     Appellant,

 v.                                                                    Case No.  5D16-2400

TOYOSITY, LLC,

     Appellee.

_____/

Opinion filed December 13, 2016

Non-Final Appeal from the
Circuit Court for Orange
County,
Lisa T. Munyon, Judge.

Joe Lee Thompson, Merritt Island, pro se.

Jason Zimmerman and Joshua Bachman,
of GrayRobinson, P.A., Orlando, for
Appellee.

PER CURIAM.

     AFFIRMED.  See Fla. R. App. P. 9.315(a).

SAWAYA, ORFINGER, and COHEN, J.J., concur.